UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAULA R. FELIX, | Case No. C12-74-TSZ-JPD |
| Plaintiff, | REPORT AND RECOMMENDATION |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulated motion of the parties, it is hereby ORDERED that the above-captioned case is REMANDED for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g), because counsel for the Commissioner has been advised by the agency that significant portions of the recording of the hearing held on March 4, 2010, are inaudible. Dkt. 8.

On remand, the Administrative Law Judge shall associate this claim with a subsequent claim for Title II benefits filed on January 6, 2012, conduct a *de novo* hearing, and render a new decision. If the final decision of the Commissioner on remand is not fully favorable, plaintiff may seek judicial review by moving to reopen this case rather than by filing a new complaint. This Court shall retain jurisdiction.

REPORT AND RECOMMENDATION - 1

A proposed order accompanies this Report and Recommendation.

DATED this 16th day of March, 2012.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2